Clerk of Courts
United States District Court
Middle District of Louisiana
Baton Rouge, LA. 70802

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.
98 NOV 19 AM 8:58
SIGN_____ NL
RICHARD T. ARATIN No. 71-90
CLERK

Hayes Williams, et al
v
John J. McKeithen, et al

Hayes Williams et. al
v
Richard Stalder, et al

Civil Action No. 92-1-.

## Objection to Terminate Consent Decree

Now, in proper person, comes Leavorda Smalley petitioner herein, who respectfully seeks to give notice why pursant to order of Honorable Frank J. Polozola, U.S. District Court, for the Middle District of Louisiana, that the above matter entitled <u>Hayes Williams v Richard Stalder</u> et.al Civil 92-1-B should not be dismissed nor dismantle. Said action initiated under 42 U.S. CA § 1981 and § 1983, and the Eightth and Fourteenth <u>Amendments</u> to the United States Constitution.

<u>This Application is Timely Filed</u>

The claims raised herein fall under the exception to medical issues.

Articles <u>III</u> sub. 3.2 i.e.

<u>Sick-Call</u>, is not properly handle whereby security personnel does strictly still control and have ability to unreasonably restrict a inmate access to make or request sick-call, by not handing out the required medical forms that must be filled out in entiaety otherwise - refusal to stop.

2.

There's a continual backlog within the Prosthesis lab as for Acquiring plates (dentures), placement on ENT (Ear, Nose, Throat) clinic among others; whereas call-outs are still prolonged for Three (3) to Four (4) months - sometime longer. The same true toward ORTO. etc.

-3-

The alleged, automation system which was installed at Louisiana State Prison, R.E. Barrow Treatment Center as well at Out-Camp is half the time malfunctioning or totally down, thereby unaccessible.

DKT. & ENTERED
DATE 11/20/98
NOTICE MAILED TO:
-1-
DATE 11/20 BY H
FJP Preston Whitley Hymel
File Nordyke Curry


3:92-cv-00001 230 - 1
DATE: 11/19/98   DEPUTY CLERK: hj

Medical and medication orders given from specialist Physicans, are constantly being redone once received here at La. State Prison.

-5-

The inadequate and mis-diagnoses of social workers who do not properly interveiw or speak with inmates classified as mental distrubed, sucidial, or simply placed under stress only to be confined are label as a T-code: Put on a tier which is implemented by Warden, only to justify wrongaful acts, deeds and not authorized by The Department of Correction: A violation of Due Process in furtherance of collusion.

-6-

Subterfuge, of sudden treatment, requirement in conformit: of ongoing effort is a hoax. Improper medicine given unknowily to inmates without consent.

## ARTICLE VI

Abuse under the color of Authority, by security personnel in the form, ie. Excessive use of force. Then falsified reports in attempt to cover-up: Over-crowding within living area of dorm, and the demands of Louisiana sentencing practices. Seems not to matter due to significant and unusual circumstances that occur on a daily basis.

6.3 __ACA__ Is a collusion between state and those parties whom inspect Department of Correction, here at La. State Prison, Angola, La. 70712

Accordingly, numerous other objection can be brought concerning medical treatment, abusive and excessive force used by security; many shortcoming as well as negligence indifference----.

Considering the effects of such a dismantling or dismissal of This Consent Decree will place each and every inmate into ancient days existential.

For the foregoing reasons, Petitioner objection should be addressed an a thorough investigation by a neutral party and agreement to continue Consent Decree be enforced.

Respectfully,
Leavorda Smalley

Submitted this _____ date of _____ 1998.

In Forma Pauperis Affidavit

Middle District Court

Leavorda Smalley
(Petitioner)

v

_____
Respondent(s)

Affidavit in Support
of Request
To Proceed
In Forma Pauperis

I, Leavorda Smalley, being first duly sworn, depose and say that I am the petitioner in the above entitled case: That in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the said costs of proceeding or to give security therefor. That I believe I am entitled to relief.

I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

s/ Leavorda Smalley
Petitioner's Signature

State of _____
Parish of _____

Subscribed and sworn to before me this 17 day of Nov 1998.

_____
Notary Public or other
person authorized to
administer an oath