UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

HAYES WILLIAMS, ET AL.

-VS-

JOHN J. MCKEITHEN, ET AL

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

99 JAN -5 PM 4:32

CIVIL ACTION
NO. 71-98-B
NO: 92

RICHARD T. MARTIN
CLERK

OPPOSITION AND OBJECTION TO
JOINT MOTIONS TO DISMISS ACTION AND
TERMINATE CONSENT DECREE SUPERVISION
OVER LOUISIANA STATE PENITENTIARY

NOW INTO COURT COMES THE BELOW LISTED INMATES WHO OPPOSE AS CLASS MEMBERS OF THE ABOVE TITLE CAPTION RESPECTFULLY MOVES OPPOSITION AND OBJECTIONS TO ANY JOINT MOTIONS TO DISMISS ACTION AND TERMINATE CONSENT DECREE SUPERVISION OVER LOUISIANA STATE PENITENTIARY AND STATES THAT IN SUPPORT OF THE PLAINTIFF DARRELL JOHNSON OBJECTION THERETO AS CLASS MEMBER WE SUPPORT THIS AND ALL OTHER MOTIONS BY SIGNING THIS PETITION IN FULL SUPPORT UNDER FREE WILL:

1. Andy Finstley #114230
2. Phillip Martin Jr. #93409
3. Larry Wilson #106215
4. Abdul Thomas #118017
5. Sterling Winfield #83761
6. Roderick Smith #130129
7. Clarence Charles #98020
8. Walter Stewart #92553
9. Erick Taylor #339149
10. Arthur Lewis 131412
11. Edward Wallace #111129
12. Curtis Dwayne #123517
13. John Lacy 79209
14. John Poullard #98999
15. Wade P. Cockran #112071

1.

15. JLANGillow 55/689
16. Robert Travis 79733
17. Ellis Reed #105512
18. McKinnon Baker #96376
19. Dennis Johnson #102358
20. Patrick Carter 345818
21. Andre D. Smith #110281
22. Morris Newton #120721
23. Chester Lee 87964
24. Troy Young #346152
    a lot of good issues are made.
25. Jason J. Tidwell #131490
26. Les Stewart 109130
27. Michael Glennon #323402
28. Miguel Velez #112060
29. Derek Moffett #330002
30. Vidale Yasby #330529
31. Wilbert ??? 79871
32. Michael Struell #301671
33. Kelly Davis 309807
34. Henry Hickson #369635
35. Wilbert Lemons #131537
36. Kevin Carter #303424
37. Earl Johnson #294324
38. David Fleck #118810
39. Terry Prudhomme #96655
40. David Falgout 97997
41. Phil Horn 307220
42. Vernon Francis #326370
43. Dwayne B. Johnson #128435
44. Darren Hapwood 98659
45. Marlon Austin 104807
46. Dion Mitchell #102699
47. Walter D. #115606
48. Steven Huntsberry #97571
49. Ned Spruce #300641
50. Anthony Black #319899
51. Larry Bannister 108132
52. Jessie Offad 110951
53. Mark Coleman #109314
54. Mr. James Houston 318984

2

55. Stephen Johnson #110475
56. Raymond Williams 360753
57. Glen Burton #107002
58. Joseph N'onnii #8808
59. William White #324820
60. Roger Desselle #107206
61. John Wieland #112127
62. Randy Langs #128189
63. Leonard Farve #132101
64. A. Jackson #114706
65. M. Meyers #11395
66. Mr. Jerome Kennon #131818
67. Terry Williams 253043
68. Emmiel Braembr #21721
69. Wilbert Bradley #118934
70. Telly Mullory #320441
71. Tipton Walker 129638
72. Mr. Michael Juengain 83086
73. Jower Anderson 317336
74. [illegible]
75. Percy Hawthorne #348602
76. ANDREW Mc GRAW #395773
77. WILLIAM Scott 102104
78. Eddie Lane 12779
79. Nolan Grant #116518
80. Harry Morgan 321081
81. Andre Davenport #114982
82. [illegible] Tutt 349842
83. Calvin Willis #98962
84. Johnny Southall 91475
85. Gregory Johnson #108327
86. Stanley Hagg #354876
87. Leonard Johnson #82109
88. Robert Hollis #123236
89. Henry Washington #123799
90. Larry Prestor #95760
91. David Lapell #258227
92. KenneTH Duplessis #35991
93. Clarence Lyons #319433
94. RAYMOND SMITH #
95. Jerry Yates #232818
96. Errie Jackson #103252

3.

97. Kevin K Colostro #349149
99. Brian Brown #119264
101.
103.
105.
107.
109.
111.
113.
115.
117.
119.
121.
123.
125.
127.
129.
131.
133.
135.
137.
139.
156.

98.
100.
102.
104.
106.
108.
110.
112.
114.
116.
118.
120.
122.
124.
126.
128.
130.
132.
134.
136.
138.
140.
151.

4.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

HAYES WILLIAMS, ET. AL.          CIVIL ACTION;
    -VS-                         NO: 71-98-B
JOHN J. MCKEITHEN, ET. AL        NO: 92-1-B

OPPOSITION AND OBJECTION TO
JOINT MOTIONS TO DISMISS ACTION AND
TERMINATE CONSENT DECREE SUPERVISION
OVER LOUISIANA STATE PENITENTIARY

NOW INTO COURT COMES THE PLAINTIFF "DARRELL JOHNSON" A CLASS MEMBER OF THE ABOVE TITLE CAPTION WHO RESPECTFULLY MOVES IN OPPOSITION AND OBJECTION TO ANY JOINT MOTIONS TO DISMISS ACTION AND TERMINATE CONSENT DECREE SUPERVISION OVER LOUISIANA STATE PENITENTIARY AND STATES THE FOLLOWING IN SUPPORT:

I.

THE PLAINTIFF ASSERTS THAT AS A INMATE AT ANGOLA STATE PENITENTIARY FAR OVER TEN YEARS SERVING A LIFE SENTENCE QUILIFYING AS A CLASS MEMBER OF THE ABOVE TITLE CASE HAS NEVER BEEN CONSULTED BY ANY ATTORNEY AND DOES NOT AGREE TO ANY JOINT MOTION TO SETTLE OR DISMISS THE PRESENT CONSENT DECREE AND FUTHER STATES THAT ANY ATTORNEY CONSENT TO DISMISS THE PRESENT DECREE WITHOUT THE CONSENT OF THE PLAINTIFF IS A DIRECT VIOLATION OF THE ATTORNEY CLIENT RULE, ALSO THE 14th AMENDMENT DUE-PROCESS CLAUSE ASWELL AS VIOLATING EQUAL PROTECTION

1

WHEREAS THE CONSENT DECREE DERIVED FROM A CLASS ACTION SUIT COVERING ALL ANGOLA STATE PRISONERS AS A CLASS MEMBER AND/OR PARTY.

2.

PLAINTIFF IN JUNE 1996 AT CHARITY HOSPITAL IN NEW ORLEANS WAS GIVEN THREE DIFFRENT SURGERIES, ONE ON HIS NOSTRIAL, LIPP, AND THROAT. SINCE THEN THE LOUISIANA PENITENTIARY DR. COX HAS FLATLY REFUSE TO COMPLY WITH CHARITY SURGEON RECOMENDATIONS. AND HAS FUTHER ALLUDED THE PROBLEM WITH LIES, DESCIET AND PREJUDILE, DR. TARVER AN ASSISTANCE DR. STATED TO ME THAT NIGGERS WAS NATURALLY BORN FIELD WORKERS AND HE DIDN'T SEE WHY CHARITY HAD MADE THE RECOMENDATION THAT THE PLAINTIFF SOUGHT THE DEFENDANT TO COMPLY TO:

3.

PLAINTIFF CONTENDS THAT THE DEFENDANTS ARE PRESENTLY HOUSING MENTAL HEALTH PATIENTS AT CAMP-J - PUNITIVE LOCKDOWN DISCIPLINARY CAMP WHO ARE BEING DENIED PROPER TREATMENT, AND SECURITY DIRECT OR INDIRECT INTERFERENCE WITH THE MENTAL HEALTH STAFF ENDEAVOR TO HELP THESE INMATES.

4.

IN 1998 <u>SGT. DANIELS</u>, <u>SGT. SWAN</u>, AND <u>LT. SAVOR</u> THREE ANGOLA OFFICERS WERE INDICTED BY A FEDERAL GRAND JURY CASE PRESENTLY PENDING BEFORE THE HONORABLE MAGISTRATE JUDGE CHRISTINE NOLAN FOR BEATING INMATE RAPHIL (RAYFIELD) JACKSON AND THROWING HIM IN HIS CAMP-J CELL DENYING HIM ANY MEDICAL TREATMENT WHATSOEVER INWHICH THIS INMATE COME CLOSE TO DYING FOR HIS BRUISES AND DEHYDRATION.

2.

### 5.

Inmate "Jeremiah Wilks" on May 11, 1998 was found hung in his cell, aswell as one other inmate name not known. More than fifthteen other inmates has made suicide attempts at Camp-J- through out the year of 1998 alone.

### 6.

A Sgt. Don Thames a Camp-J officer in 1997 forced an inmate noused at Camp-J to perform oral sex upon him inwhich the inmate bit the officer penice. This officer later resigned after investigation and was later indicted pending a felony offense.

### 7.

Plaintiff futher asserts that various housing facilities such as the prison dungeon's, the prison working cell blocks and all it's extended lock down units has yet to reach constitutional muster.

One fact remain undisputed and well established by the U.S. Department of Justice State of Emergency Investigative Report is the fact that inside of these cells during the summer month's, the cell temperature gets up to a hundred and ten degree's. Inmates was observed lying on the floors nelked. This causes dehydration and possibly fetur. medical effect and physical detireation.

3.

AS OF THIS YEAR 1998. INMATES ARE BEING CHAIN TO THIER BUNKS IN FOUR POINT RESTRIANTS AND PLACED ON PAPER GOWN AND/OR PAPER SHEET RESTRICTION THAT MEANS TAKING ALL COVERS ASWELL AS BOXER UNDER WARE, T.SHIRTS, SOCKS, JUMP-SUIT AND ALL PERSONAL MATERIAL THIS HAPPEN'S ON A DAY TO DAY BASIST, BY ORDER OF SECURITY, WITHOUT ANY MEDICAL OR MENTAL HEALTH WORKER CONSENT OR AUTHORITY, INMATE'S BEING SUBJECTED TO THESE ACTION DURING THE WINTER MONTH'S SUFFER MENTALLY AND PHYSICALLY, THESE METHODE OF PUNISHMENT HAS BEEN UNCONSTITUTIONALLY AUTHORIZED AND ENFORCED THROUGHOUT EXTENDED LOCKDOWN HOUSING UNIT'S ESPECIALLY CAMP-J-LEVEL-ONE INWHICH IS <u>DEHUMANIZING</u>, <u>DEMASCALATING</u>, <u>BARBARIC</u>, RESULTING TO <u>CORDRAL PUNISHMENT</u>, AND <u>CRUEL AND UNUSUAL PUNISHMENT</u>. "<u>THE EIGHT AMENDMENT</u>."

8

THE WARDEN "<u>BURL CAIN</u>" IN VIOLATION OF VARIOUS PROTECTED LIBERTY INTEREST RIGHTS IN TAKEN AWAY PRIVILEGES THAT HAS BEEN INEFFECT FOR OVER FOUR DECADE WITHEN EXTENDED LOCKDOWN, INMATES HAVING THE RIGHT AT ALL COST TO POSSESS A TYPEWRITER.

4.

THE WARDEN TAKEN AWAY PRISONER TYPE WRITER'S HAS BEEN DONE WITHOUT A JUSTIFIABLE PENOLOGICAL REASON. LEAVING INMATES WITHOUT A NECESSARY TOOL TO COMPEET IN A PROGRESSIVE COMPUTORIZE WORLD IN PREPARING LEGAL BRIEFS, WRITS, MOTION, ECT.

SURELY THE FIVE THOUSAND AND SOME HOUSED WITHIN ANGOLA CANT DEPEND ON A STAFF OF THIRTY INMATE COUNSEL TO PERFORM AND/OR TYPE LEGAL BRIEF. ITS IMPOSSIBLE FOR THESE INMATE COUNSEL STAFF TO COMPLY WITH THIS DEMAND. THERE FORE INMATES HAVE NO CHOICE BUT TO TRY AND MEET THE DAMAND OF JUDICIAL SANCTION, RULES AND REGULATION IN A MODERN TIME, SUCH AS HAVING TO PREDUCE EXTRA COPIES OF WRITS. THE CLERK, THE RESPONDENTS, THE ATTORNEY GENERAL. ETC, WHETHER ENDEAVORING TO FILE, POST-CONVICTION, FEDERAL HABEAS CORPUS, CIVIL RIGHTS ACTION, ECT. ITS IMPOSSIBLE TO COMPLY WITH MOST COURT STANDARD IN A MODERN DAY AND TIME WITH SIMPLY JUST HAND AND PEN. AND MANY FAIL TO DO SO AND/OR FOREVER BARRED FROM MOST COURTS.

ALSO IT CAN BE SURMISED THAT THIS IS A DELIBERATE INDIFFRENCE TO A PRISONER LEGAL NECESSITY AS A PRO-SE LITIGANT BEING UNABLE TO AFFORD OR HIRE A PROFFESSIONAL ATTORNEY. ASWELL AS A DIRECT ENDEAVOR BY THE WARDEN AND PRISON ADMINISTRATION. TO MINUMIZE INMATE FROM FILING PROFICIANT A COPIOUSLY COMPLIANTS THE ARBITRARY AND CAPRICIOUS ATROCITIOUS THAT HAPPENS ON A DAY TO DAY BASIST INSIDE OF THE HIDDEN CELLS CIVILIZATION.

5.

9.

During June and July of 1998, I Inmate Darrell Johnson was housed within Camp-C-Tiger a working cell block. These cell's or only 5x9 one man cell's that has been modified to two men cell's, while thier, it was unbelievable to be subjected to its living conditions and circumstances in a modern time. The cell block was build in the early seventy's. Inmate living thier in the summer live like refugee's. The cell's or totally to small for two men.

The air ventflation system doesn't work. The heat was unbearable. All inmates housed thier during the summer mownths have no choice but to sleep on the floor in order to obsorb the coolness of the concreat. The inside of the brick buiding being so small and compact can actually feel like a furnice and the two small fans thats bolted on both ends of the tier attached to the walls or useless, many inmates suffer from heat exhaustion and dehydration. The showers or felthy, and the cells drinking fausets produce rust water caused by the water pipes that have been underground for decades. After showering the water causes skin itching, rashess and irritation.

b.

10.

CAMP-D-RAVEN WORKING CELL BLOCKS OR ONLY A SMALL DIFFRENT. LIKEWISE TO TIGER WORKING CELL BLOCK THE HEAT DURING THE SUMMER IS UNBEARABLE CAUSING DEHYDRATION, PHYSICALLY AND MENTAL DETIORATION AND POSSIBLE FETURE MENTAL AND PHYSICAL ILLNESS. THE CELL BLOCKS ARE TOTALLY UNFIT TO LIVE IN AND WOUD SHOCK THE MIND OF A MATURING AND PROGRESSIVE SOCIETY.

11.

THE PRISON DUNGEON, ALL DUNGEONS INSIDE ANGOLA OR LOCATED IN A CELL BLOCK UNIT. THE CONDITION OF CONFINMENT FAIL TO REACH A CONSTITUTIONAL MUSTER, INMATES WNETHER SUMMER OR WINTER OR USUALLY HERDED TO THE DUNGEON WITHIN A HEAT OF PASSION, ONCE GETTING TO THE DUNGEON, THIER STRIPPED OF ALL THIER CLOTHING. GIVING A PRISON JUMP-SUIT AND PLACED INSIDE A DUNGEON CELL WITHOUT SHEET, BLANKETS OR ANY NECESSARY GARMENTS OR HYGIENE MATERIAL, DURING WINTER MONTHS THEY ARE FORCED TO BE SUBJECTED TO COLD. THE ADMINISTRATION SEEMS TO LACK ADEQUATE FUNDING TO SUPPLY SOAP, TOWELS, OR EXTRA PRISON JUMP-SUIT, SURROUNDING, THESE CIRCUMSTANCES PRISONERS OR FORCED TO WARE THE SAME JUMP-SUITS FOR DAYS AND SOME TIMES WEEKS.

THE PROBLEM OF ANGOLA IS INTERNAL, AND EASLY OVERLOOKED. ITS THE CONDITION OF CONFINEMENT.

7.

WHEREFORE: To DISMISS AND TERMINATE THE PRESENT CONSENT DECREE SUPERVISION WOULD BE DISASTERIOUS AS VARIOUS HOUSING FACILITIES OUTSIDE OF THE MAIN DORMATORY POPULATION HAS YET TO MEET CONSTITUTIONAL MUSTER. IN ACCORD TO THE FED. RULE CIVIL PRO. RULE 23, 24. THE PLAINTIFF MOVES TO OBJECT AND OPPOSE AND FUTHER SEEKS TO PERSERVE ANY AND ALL RIGHTS TO LITIGATE TO THE UNITED STATES COURT OF APPEAL FOR THE FIFTH CIRCUIT, IF AN APPEAL IS NECESSARY.

IN SUPPORT OF THE FOLLOWING OBJECTIONS, THE FOLLOWING INMATES STATE THE FOLLOWING IN SUPPORT. [SEE AFFIDAVIT TOWIT OBJECTION'S TO JOINT MOTION TO DISMISS ACTION AND TERMINATE CONSENT DECREE SUPERVISION OVER LOUISIANA STATE PENITENTIARY] ATTACHED HERETO;

RESPECTFULLY SUBMITTED
S/ Darrell Johnson
DARRELL JOHNSON
D.O.C. 114419 BATON 2-1
LA. STATE PRISON, ANGOLA,

707

8

## CERTIFICATE OF SERVICE

I, Darrell Johnson, Plaintiff certify that a true copy of Opposition and Objection to Joint Motions to Dismiss Action and Terminate Consent Decree Supervision over Louisiana State Penitentiary has been served to the following:

1. Clerk of Court
   Fifth Circuit Court of Appeal
   100 United States Courthouse
   500 Camp Street, N.O. LA. 71101

2. Clerk of Court
   Louisiana Middle District
   P.O. Box 2630
   Baton Rouge, Louisiana 70821-2630

3. Ms. Shirley Pedlar, A.C.L.U. of Louisiana
   921 Canal St. Suite 1237
   N.O. LA. 70112

4. Section Chief: Special Litigation Section
   Civil Rights Division – U.S. Department of Justice
   Washington D.C. 20530

5. Alvin J. Bronstein
   1875 Connecticut Ave. N.W.
   Suit 410, Washington D.C. 20007

6. John P. Whitley: 660 Laurel Street
   Suite A, B.R. LA. 70802

/s/ Darrell Johnson

Sworn to before me this 23rd day of November, 1998

_____
NOTARY