UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DOCUMENT COVER SHEET

PLACE BAR CODE BELOW



3:92-cv-00001 234 - 1

DATE: 01/22/99                    DEPUTY CLERK: hj

William G. Maddox
United States Department of Justice
Civil Rights Division
Special Litigation Section
Post Office Box 66400
Washington, D.C. 20035-6400

ATTORNEY FOR PLAINTIFF-INTERVENOR

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA
B DIVISION

| | |
|---|---|
| HAYES WILLIAMS, et al., | ) |
| Plaintiffs, | ) Case No. 92-001-B-1 |
| UNITED STATES OF AMERICA, | ) Judge Frank J. Polozola |
| Plaintiff-Intervenors, | ) Magistrate Judge |
| v. | ) Stephen C. Riedlinger |
| RICHARD STALDER, et al., | ) |
| Defendants. | ) |

## UNITED STATES' STATUS REPORT

On September 24, 1998, this Court entered an Order placing this case on inactive status until further order of the Court. In its Order, this Court stated that final dismissal of the case is conditioned upon Defendants achieving substantial compliance with the terms of an Agreement between the parties attached as Exhibit A to the Order.

Under the Agreement, Dr. Karam and Dr. Puisis were to evaluate the medical care delivery system at Louisiana State Penitentiary ("LSP") as described in the Agreement. On January 8, 1999, Dr. Karam and Dr. Puisis submitted a report to this Court assessing medical care at LSP.

The Agreement further provided that the United States may move to reopen the case within two weeks of the submission of Dr. Karam's and Dr. Puisis' report. The two week deadline ended on January 22, 1999. Defendants and United States have agreed to extend such deadline an additional two weeks until February 5, 1999 to discuss possible alternatives to returning to litigation. Attachment A.

                              Respectfully submitted,

                              Bill Lann Lee
                              Acting Assistant
                                  Attorney General
                              Civil Rights Division

                              Steven H. Rosenbaum
                              Chief
                              Special Litigation Section

                              *William G. Maddox*
                              William G. Maddox
                              Senior Trial Attorney
                              Department of Justice
                              Civil Rights Division
                              Special Litigation Section
                              P.O. Box 66400
                              Washington, D.C. 20035
                              (202) 514-6251

# McGLINCHEY STAFFORD
### A PROFESSIONAL LIMITED LIABILITY COMPANY

NEW ORLEANS
DALLAS
HOUSTON
JACKSON
LAKE PROVIDENCE
MONROE

NINTH FLOOR, ONE AMERICAN PLACE
BATON ROUGE, LA 70825
http://www.mcglinchey.com

TELEPHONE (225) 383-9000
FAX (225) 343-3076
DIRECT DIAL:

January 20, 1999

William Maddox
United States Department of Justice
Civil Rights Division, Special Litigation Section
Post Office Box 66400
Washington, D.C. 20035-6400

**TRANSMITTED VIA FACSIMILE**

Re: Hayes Williams II Settlement
United States District Court
Middle District of Louisiana
Civil Action No. 92-1

Dear Mr. Maddox:

Under the settlement agreement entered between the State of Louisiana and the United States in the referenced litigation, the United States may request reopening this action within two weeks of the submission of the Karam and Puissis reports. By this letter, the State of Louisiana agrees to extend the time in which the United States may request reopening this case by an additional two weeks, or until February 5, 1999.

Very truly yours,
McGLINCHEY STAFFORD
A Professional Limited Liability Company

By: _____
Richard A. Curry

RAC/prb
cc: Keith Nordyke
    Carol Blanchfield
    Cheney Joseph
    Richard Stalder

M:\PAMA\Corels\DPSC.4129\0002\letters\doj\Maddox.002.wpd

## CERTIFICATE OF SERVICE

I certify that the attached document, <u>United States' Status Report</u>, was served by Federal Express mail this 21st day of January, 1999, upon the following counsel for defendants:

    Richard A. Curry, Esq.
    McGlinchey Stafford Lang
    Ninth Floor
    One American Place
    Baton Rouge, LA 70825

I also certify that the above stated document was served by Federal Express mail, this 21st day of January, 1999, upon the following counsel for plaintiffs:

    Keith B. Nordyke, Esq.
    June E. Denlinger, Esq.
    Nordyke and Denlinger
    427 Mayflower Street
    Baton Rouge, Louisiana 70802

 

*William G. Maddox*
William G. Maddox
Senior Trial Attorney
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Washington, D.C. 20530