# McGLINCHEY STAFFORD
### LAW OFFICES
A PROFESSIONAL LIMITED LIABILITY COMPANY

NEW ORLEANS
DALLAS
HOUSTON
JACKSON
LAKE PROVIDENCE
MONROE

NINTH FLOOR, ONE AMERICAN PLACE
BATON ROUGE, LA 70825
http://www.mcglinchey.com

TELEPHONE (225) 383-9000
FAX (225) 343-3076
DIRECT DIAL:

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

99 FEB -5 PM 2:16

SIGN_____
RICHARD T. MARTIN
CLERK

February 4, 1999

William Maddox
United States Department of Justice
Civil Rights Division, Special Litigation Section
Post Office Box 66400
Washington, D.C. 20035-6400

**TRANSMITTED VIA FACSIMILE**

Re: Hayes Williams II Settlement
United States District Court
Middle District of Louisiana
Civil Action No. 92-1

Dear Mr. Maddox:

Under the settlement agreement entered between the State of Louisiana and the United States in the referenced litigation, the United States may request reopening this action within two weeks of the submission of the Karam and Puissis reports. By letter dated January 20, 1999, the State of Louisiana extended the time in which the United States could reopen the case until February 5, 1999. By this letter, the State of Louisiana agrees to a further extension of one week, or until February 12, 1999.

Very truly yours,
McGLINCHEY STAFFORD
A Professional Limited Liability Company

By: _____
Richard A. Curry

RAC/prb
cc: Keith Nordyke
Carol Blanchfield
Cheney Joseph
Richard Stalder

F:\PA\MA\Corel8\DPSC.4129\0002\letters\doj\Maddox.002.wpd



3:92-cv-00001 235 - 1
DATE: 02/05/99
DEPUTY CLERK: hj

McGLINCHEY STAFFORD
A Professional Limited Liability Company
Ninth Floor, One American Place
Baton Rouge, Louisiana 70825
Telephone (504) 383-9000
Facsimile (504) 343-3076

# FACSIMILE COVER SHEET

February 4, 1999
10:16 AM

NUMBER OF PAGES _____
*Including Cover Sheet*

| TO: | William Maddox | (202) 514-6273 |
|---|---|---|
| | Keith Nordyke | 383-2725 |
| | Cheney Joseph | 342-5598 |
| | Richard Stalder | 342-2486 |
| | Carol Blanchfield | 389-3577 |

RE:   DPSC
      Our File Number 04129.0002

FROM:   Richard A. Curry
        McGLINCHEY STAFFORD
        A Professional Limited Liability Company
        Ninth Floor, One American Place
        Baton Rouge, Louisiana 70825

TELEPHONE: 504-383-9000
FACSIMILE: 504-343-3076

MESSAGE:

YOU ARE NOTIFIED that the information contained in this facsimile transmission is attorney-privileged and confidential communication intended for the use of the individual who is named above. If you are not the intended recipient, or an employee or agent responsible for delivery to the intended recipient, you are prohibited from disseminating, distributing, or copying this information. If you have received this communication in error or are not sure whether it is privileged, please notify us immediately by telephone and return the original message to us at the address shown above via United States Mail at our expense. Thank you.