William G. Maddox
United States Department of Justice
Civil Rights Division
Special Litigation Section
Post Office Box 66400
Washington, D.C.  20035-6400

ATTORNEYS FOR PLAINTIFF-INTERVENOR

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA
B DIVISION

| | |
|---|---|
| HAYES WILLIAMS, et al., | ) |
| Plaintiffs, | ) Case No. 92-001-B-1 |
| UNITED STATES OF AMERICA, | ) Judge Frank J. Polozola |
| Plaintiff-Intervenors, | ) Magistrate Judge |
| v. | ) Stephen C. Riedlinger |
| RICHARD STALDER, et al., | ) |
| Defendants. | ) |

### UNITED STATES' STATUS REPORT

On Thursday, February 4, 1999, the parties conducted a status conference in the chambers of Judge Frank J. Polozola. The parties agreed that Defendants would submit to the Court and copy to the United States a final and signed contract between Defendants and Dr. Karam and LSU Medical School. Upon such submission, the United States will have five business days by which to respond as to its intent to reopen the above-styled case.

At the Court's request, the United States submits to the Court an order embodying the terms reached between the parties at the status conference.

                          Respectfully submitted,

                          Bill Lann Lee
                          Acting Assistant
                             Attorney General
                          Civil Rights Division

                          Steven H. Rosenbaum
                          Chief
                          Special Litigation Section

                          *William G. Maddox* (signature)
                          William G. Maddox
                          Robert C. Bowman
                          Senior Trial Attorneys
                          Department of Justice
                          Civil Rights Division
                          Special Litigation Section
                          P.O. Box 66400
                          Washington, D.C. 20035
                          (202) 514-6251

**CERTIFICATE OF SERVICE**

I certify that the attached document, <u>United States' Status Report</u>, was served by Federal Express mail, this 8th day of February, 1999, upon the following counsel for defendants:

> Richard A. Curry, Esq.
> McGlinchey Stafford Lang
> Ninth Floor
> One American Place
> Baton Rouge, LA 70825

I also certify that the above stated document was served by Federal Express mail, this 8th day of February, 1999, upon the following counsel for plaintiffs:

> Keith B. Nordyke, Esq.
> June E. Denlinger, Esq.
> Nordyke and Denlinger
> 427 Mayflower Street
> Baton Rouge, Louisiana 70802

> William G. Maddox
> Senior Trial Attorney
> U.S. Department of Justice
> Civil Rights Division
> Special Litigation Section
> Washington, D.C.  20530