```
TO   : JOHN WHITLEY
       660 LAUREL ST. SUITE A
       BATON ROUGE, LA. 70802

FROM : MARK BURGE #88261
       MAG 4 LA. STATE PRISON
       ANGOLA, LA. 70712

DATE : 11/19/98
```

CA 92-1-B-M,

RE   : HAYES WILLIAMS ET AL V. JOHN J. MCKEITHEN ET AL. CIVIL ACTION NO. 71-98-B

SIR,

PER YOUR NOTICE CONCERNING THE ABOVE ENTITLED CIVIL ACTION AND YOUR SUBSEQUENT OFFER OF REBUTTALS REGARDING THE DISMISSAL OF THIS ACTION, PLEASE BE ADVISED:

1. THERE APPEARS TO BE A SERIOUS OUTBREAK OF HEPITIUS AMONG THE INMATE POPULATION. MANY INMATES HAVE BEEN DIAGNOSED WITH THIS DISEASE, SEVERAL HAVE DIED DUE TO RELATED ILLNESSES.

2. A SERIES OF ANTI-HEPITITUS SHOTS ARE AVAILABLE TO THE SECURITY AND PRISON ENTERPRISE STAFF AND ALSO TO THE HOSPICE INMATE WORKERS. THESE SHOTS HAVE NOT BEEN GIVEN TO THE INMATE POPULATION AS A WHOLE, NOR HAS TESTING FOR THIS DISEASE BEEN DONE TO THE WHOLE INMATE POPULATION.

3. THERE HAVE BEEN TOO MANY CASES OF THIS DISEASE FOR THE ADMINISTRATION AND THE HOSPITAL ADMINISTRATION NOT TO BE AWARE OF IT AND ENACT WIDESPREAD TESTING ON THEIR OWN INITIATIVE.

4. THE SERIES OF PREVENTIVE SHOTS AVAILABLE TO THE ABOVE MENTIONED PEOPLE REFLECTS THAT THE ADMINISTRATION IS AWARE OF THE PROBLEM AND FURTHERMORE MAKES THEM KNOWINGLY NEGLIGENT IN TREATING THIS DISEASE.

5. THERE HAS BEEN PROBLEMS WITH THE WATER SUPPLY RECENTLY STEMMING FROM ANIMAL FECES IN THE WATER. THIS OR ANY NUMBER OF OTHER HEALTH HAZARDS COULD BE THE CAUSE OF THE HPITITUS SUCH AS BUT NOT LIMITED TO:

   A. POOR QUALITY FOOD, PARTICULARLY MEAT PRODUCTS WHICH ARE POORLY PREPARED.

   B. OPEN SEWAGE SYSTEMS WHICH OVERFLOW REGULARLY.

   C. CONDEMNED BUILDINGS SUCH AS THE OLD BOILER ROOM WHICH SERVES AS A LARGE BIRD AND CAT HOUSE.

   D. NEGLECT IN CLEANING THE PRISON. CLEANING MATERIALS ARE ISSUED OUT SPARINGLY AND ARE NOT OF THE GERM KILLING VARIETY.

   E. ANY UNKNOWN FACTORS WHICH CAUSE OR SPREAD HEPITIUS THAT THE ADMINISTRATION IS PROBABLY AWARE OF AND FAILS TO ACT UPON.



3:92-cv-00001 243 - 1
DATE: 02/22/99                        DEPUTY CLERK: hj

[Stamp: U.S. DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA FILED FEB 22 1999 RICHARD T. MARTIN CLERK]

REBUTTAL ET AL;

THERE ARE NUMEROUS OTHER CONCERNS WITH THE UPCOMING RELEASE OF FEDERAL SUPERVISION OVER THE STATE PRISON. THERE IS FEAR OF BEING PACKED IN OVER THE FEDERALLY GUARANTEED LIMITS. THERE IS FEAR OF THE QUALITY OF LIVINGS CONDITIONS LESSENING. HOWEVER, THESE FEARS ARE NOT SUFFICIENT TO CHALLENGE AT THIS TIME. TO DO SO WOULD BE A FISHING EXPEDITION. NEVERTHELESS, I WOULD RESPECTFULLY REQUEST THAT AN OPEN LINE OF SOME SORT BE CREATED WITH THE FEDERAL COURTS DUE TO THE GRAVITY OF RELEASING THE STATE FROM ITS SUPERVISION AFTER NEARLY 3 DECADES SO THAT WE MAY INSTANTLY ADDRESS ANY OF THE ABOVE "FEARS" SHOULD THEY DEVELOPE AND QUALIFY AS A CONSTITUTIONAL ISSUE.

MAINLY, AT THIS TIME, THE HEPITITUS PROBLEM IS PROMINENT AMONG THE INMATE POPULATION. THE NUMBER OF CASES OF THIS DISEASE IS INORDINATLEY HIGH FOR THE NUMBER OF PEOPLE HERE.

HOPING YOU WILL SEE FIT TO ADDRESS THIS MATTER, I THANK YOU FOR YOUR TIME.

RESPECTFULLY SUBMITTED;

*Mark Burge*
MARK BURGE #88261
MAG 4 LA.STATE PRISON
ANGOLA,LA. 70712

CC/FILE