U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED FEB 22 1999

RICHARD T. MARTIN
CLERK

CA-92-1-B-

Henry L. Joyce, Jr.
D.O.C. No. 334349
Louisiana State Penitentiary
Main Prison, Ash-2
Angola, Louisiana 70712

Hon. John Whitley
660 Laurel Street, Suite A
Baton Rouge, Louisiana 70802

Date: October 28, 1998

In re: Hayes Williams et al v. John McKeithen, et al, Civil Action No. 71-98-B; and, Hayes Williams, et al v. Richard Stalder et al, Civil Action No. 92-1-B

Dear Mr. Whitley:

Upon review of the "Joint Motion to Dismiss Actions and Terminate Consent Decree and Supervision Over Louisiana State Penitentiary," We are compelled to lodge specific objections relevant to the diabetic portions of the complaint of which the below undersigned are members.

Sir, page 5 of 14 reads in relevant part: "<u>Arrangements are being made to have a dietician inspect and review diabetic diets</u>" At best, such an assertation is ambiguous, vague and uncertain. Simply, a diabetic diet does <u>not</u> exist, except for name only. We diabetics are provided meals that contain few fresh vegetables and <u>no</u> "fresh fruit" whatsoever, instead, canned fruits in syrup. [Emphasis supplied]. Moreover, our diet is comprised of mostly starchy and processed foods, and food not permitted in accordance with diabetic diets. One such example is, each Saturday morning, LSP serves breakfast, to include, cinnamon rolls. And, although, the so called diabetic rolls are not sugar coated, they are the very same rolls provided the regular diets. Thus, the dough itself is loaded with sugar.

In addition, the undersigned must receive their insulin injections at the Barrow Treatment Center (BTC). The injections are provided once or twice, and timely each day. After receiving our evening insulin, meals are provided, but no snacks. However, snacks are given at the main prison kitchen, but time does not permit us to pick these snacks up, return to our dormitories and then proceed to BTC timely. This is particularly difficult for Joyce, who is confined to a wheelchair, and must be assisted by someone, and also patients who have ambulatory problems.

Recently, no food items are allowed to enter or leave the BTC, therefore, we are left without our prescribed snacks.



Hence, when hyperglycemia occurs, we have no food with which to raise our blood-sugar-levels.

The joint motion requires accu-checks twice daily, where, although, we may refuse, some EMT's have interpreted this to mean that they can refuse us our insulin injections. It should be noted that daily accu-checks cause painfully tender fingers and, right under LSA-R.S.15:860, is not to be interpreted... if any sane inmate refuses one treatment, prison medical staff must refuse another. See Joint Motion, page 3 of 6.

We assert that, to improve the medical care of prisoners with diabetes, the American Diabetic Association has issued a set of recommedations called "Management of Diabetes in Correctional Institutions." This document is intended to help prison officials understand the special needs of inmates with diabetes and help prevent the development of its medical complications. A copy is available at no charge from: ADA, 1600 Duke Street, Alexandria, VA 22314 or call 1-800-232-3472.

Mr. Whitley, until the above particulars are corrected, we are necessarly compelled to object; therefore, we request a hearing date noticed to address these issues before dismissal of this civil action.

Executed, this the 28th day of October, 1998, and under the penalty of perjury.

Respectfully submitted,

_Henry L. Joyce, Jr., #334349_

_Keith Brayley #91253_

_Charles Redden 98617_

_Keith Sutton #330339_

_Charles Marshall 98766_

_Michael Plumb #240486_

_Thomas Austin 97542_

_Roscoe Jones #105190_